THOMAS E. MOSS
UNITED STATES ATTORNEY
**MICHAEL J. FICA**
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 EAST SHERMAN, ROOM 192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166

U.S. COURTS

APR 2 3 2008

Rcvd_____Filed_____Time_____
CAMERON S. BURKE
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08- 91 E BLW |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| vs. ) | |
| ) | 18 U.S.C. § 2 |
| ) | 21 U.S.C. § 841 (a)(1) |
| ROBERT DAVID McCREERY, SR., ) | 21 U.S.C. § 841 (b)(1)(A) |
| NANCY MALDONADO, and ) | 21 U.S.C. § 841 (b)(1)(C) |
| JOEY EUGENE ROBERTS ) | 21 U.S.C. § 846 |
| ) | |
| Defendants. ) | |

**The Grand Jury charges:**

### COUNT ONE
### CONSPIRACY
### (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

Beginning on or about January, 2007, and continuing through March 25, 2008, within the District of Idaho and elsewhere, defendants herein, **ROBERT DAVID McCREERY, SR., NANCY MALDONADO,** and **JOEY EUGENE ROBERTS,** and others both known and unknown, did knowingly and intentionally combine, conspire, confederate and agree with other

**INDICTMENT - 1**

persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1) and (b)(1)(A).

## COUNT TWO
## POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
## (21 U.S.C. § 841 (a)(1) and (b)(1)(C) and 18 U.S.C. §2)

On or about March 12, 2008, in the District of Idaho, defendants, **ROBERT DAVID McCREERY, SR.** and **NANCY MALDONADO**, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
## POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
## (21 U.S.C. § 841 (a)(1) and (b)(1)(C) and 18 U.S.C. §2)

On or about March 25, 2008, in the District of Idaho, defendants, **ROBERT DAVID McCREERY, SR.** and **JOEY EUGENE ROBERTS**, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

**INDICTMENT - 2**

DATED this 22 day of April, 2008.

**A TRUE BILL:**

/s/ signed on back
FOREPERSON

THOMAS E. MOSS
United States Attorney
by:

MICHAEL J. FICA
Assistant United States Attorney

**INDICTMENT - 3**