THOMAS E. MOSS  
UNITED STATES ATTORNEY  
**MICHAEL J. FICA**  
ASSISTANT UNITED STATES ATTORNEY  
DISTRICT OF IDAHO  
801 EAST SHERMAN, ROOM 192  
POCATELLO, IDAHO 83201  
TELEPHONE: (208) 478-4166  

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08- 91 E BLW |
| Plaintiff, ) | |
| ) | **SUPERSEDING INDICTMENT** |
| vs. ) | |
| ) | 18 U.S.C. § 2 |
| ROBERT DAVID McCREERY, SR., ) | 18 U.S.C. § 1512(a)(1)(A) |
| NANCY MALDONADO, ) | 18 U.S.C. § 1512(a)(2)(A) |
| JOEY EUGENE ROBERTS ) | 18 U.S.C. § 1512(a)(1)(C) |
| ROBERT MATHIAS McCREERY, JR., ) | 18 U.S.C. § 1512(k) |
| BEAU HANSEN, and ) | 18 U.S.C. § 1958 |
| KRISTOPHER K. CONVERSE, ) | 21 U.S.C. § 841 (a)(1) |
| ) | 21 U.S.C. § 841 (b)(1)(A) |
| ) | 21 U.S.C. § 841 (b)(1)(C) |
| Defendants. ) | 21 U.S.C. § 846 |
| ) | |

**The Grand Jury charges:**

**COUNT ONE**
**CONSPIRACY**
**(21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))**

Beginning on or about January, 2007, and continuing through June 5, 2008, within the District of Idaho and elsewhere, defendants herein, **ROBERT DAVID McCREERY, SR., NANCY MALDONADO, JOEY EUGENE ROBERTS,** and **ROBERT MATHIAS McCREERY, JR.,** and others both known and unknown, did knowingly and intentionally

**SUPERSEDING INDICTMENT - 1**

combine, conspire, confederate and agree with other persons both known and unknown to the Grand Jury to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections, 846 and 841(a)(1) and (b)(1)(A).

## COUNT TWO
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
### (21 U.S.C. § 841 (a)(1) and (b)(1)(C) and 18 U.S.C. §2)

On or about March 12, 2008, in the District of Idaho, defendants, **ROBERT DAVID McCREERY, SR.** and **NANCY MALDONADO**, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE
### (21 U.S.C. § 841 (a)(1) and (b)(1)(C) and 18 U.S.C. §2)

On or about March 25, 2008, in the District of Idaho, defendants, **ROBERT DAVID McCREERY, SR.** and **JOEY EUGENE ROBERTS**, did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or aided and abetted the same, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
## USE OF MAIL FOR MURDER FOR HIRE
## (18 U.S.C. § 1958 and 18 U.S.C. §2)

On or about May 26, 2008, in the District of Idaho and elsewhere, the defendants **ROBERT DAVID McCREERY, SR.,** and **ROBERT MATHIAS McCREERY, JR.** used or caused another to use the mail with intent that the murder of Joey Eugene Roberts be committed in violation of the laws of the State of Idaho as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: $500, or conspired to do the same, in violation of Title 18, United States Code, Sections 1958, and Title 18, United States Code, Section 2.

## COUNT FIVE
## TAMPERING WITH A WITNESS
## (18 U.S.C. § 1512(a)(1)(A), (k), and 18 U.S.C. §2)

Between May 21 and June 6, 2008, in the District of Idaho and elsewhere, the defendants **ROBERT DAVID McCREERY, SR.** and **ROBERT MATHIAS McCREERY, JR.**, did attempt to kill Joey Eugene Roberts by attempting to hire an undercover officer to make Joey Roberts "gone" with the intent to prevent the attendance or testimony of Joey Roberts in the jury trial of Robert David McCreery, Sr. in the above captioned case, or conspired to do the same, in violation of Title 18, United States Code, Sections 1512(a)(1)(A), (k) and Title 18, United States Code, Section 2.

## COUNT SIX
## TAMPERING WITH A WITNESS
## (18 U.S.C. § 1512(a)(2)(A), (k), and 18 U.S.C. §2)

Between May 21 and June 6, 2008, in the District of Idaho and elsewhere, the defendants **ROBERT DAVID McCREERY, SR.** and **ROBERT MATHIAS McCREERY, JR.**, did

**SUPERSEDING INDICTMENT - 3**

knowingly attempt to use physical force against Joey Roberts by attempting to hire an undercover agent to cause physical harm on Joey Roberts with the intent to influence, delay or prevent the testimony of Joey Roberts in the jury trial of Robert David McCreery, Sr. in the above captioned case, or conspired to do the same, in violation of Title 18, United States Code, Sections 1512(a)(2)(A), (k) and Title 18, United States Code, Section 2.

### COUNT SEVEN
### TAMPERING WITH A WITNESS
### (18 U.S.C. § 1512(a)(2)(C), (k), and 18 U.S.C. §2)

On or about June 6, 2008, in the District of Idaho and elsewhere, the defendants **BEAU HANSEN** and **KRISTOPHER K. CONVERSE**, did knowingly intimidate; use physical force against; and threaten Joey Roberts by assaulting him, including hitting his head with the intent to hinder, delay and prevent the communication to a law enforcement officer or judge of the United States of information relating to Count One as set forth in this Superceding Indictment, or conspired to do the same, in violation of Title 18, United States Code, Sections 1512(a)(2)(C), (k) and Title 18, United States Code, Section 2.

**DATED** this 24th day of June, 2008.

A TRUE BILL;

/s/ signed on back
FOREPERSON

THOMAS E. MOSS
United States Attorney
by:

_____
MICHAEL J. FICA
Assistant United States Attorney

**SUPERSEDING INDICTMENT - 4**